**Order issued March 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00218-CV

_____

## IN RE TRACY M. GIBBS, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## ORDER

Relator has filed a petition for writ of habeas corpus and requested temporary relief.[*]

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants the relator's request for temporary relief. The Sheriff of Harris County is hereby

---

[*] The underlying case is *In the interest of [C.M.G.]*, cause number 2001-25797, pending in the 257th District Court of Harris County, Texas, the Hon. Judy Warne presiding.

ordered to discharge relator from custody on relator executing and filing with the Sheriff of Harris County a good and sufficient bond, conditioned as required by law, in the amount of $500.00. *See* TEX. R. APP. P. 52.8(b)(3). This order will remain in effect until the case in this Court is finally decided or until further order from this Court.

It is further ordered that the real party in interest shall have until March 24, 2015 to file a response brief, if any. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).

Judge's signature: /s/ Chief Justice Sherry Radack

Date: March 10, 2015